7jgmtwoh (7/12)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:*  Lori Beth Pigg
*Debtor*

*Bankruptcy Case No.*
14–50266–can7

**Bruce E. Strauss , Trustee**
   Plaintiff(s)

*Adversary Case No.*
14–05018–can

v.

**Kathy Collins**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: Judgment is entered in the amount of $3,654.53; court costs of $350.00; pre–judgment interest from September 25, 2014, the date of the filing of the complaint with interest continuing to accrue at the rate of ten percent per annum from and after the date of judgment.

                                         Ann Thompson
                                         Court Executive

                                         By: /s/ Jamie McAdams
                                              Deputy Clerk



Date of issuance: 11/25/14

Court to serve